FILED

2025 May-07  PM 12:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __4th___ day of __May_____, __2025____, I

served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☒    By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.  (Give name and address of person served.)

       Don Cook who is the Mother of Cameo Westmoreland

       2254 North Forest Drive Northeast, Marietta, GA 30062

☐    By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.  (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

    5/6/2025                      *s/ Christina Crossland*       SPS

          **Date**              **Authorized or Specially Appointed Process Server**

Costs of Service: Service fee:                        $
             Expenses: _____ miles @ _____cents    $_____

                                  TOTAL $