**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mobile Fleet Specialists of Birmingham Inc.
c/o Mr. Robert R. Riley, Jr.
Riley & Jackson, P.C.
3530 Independence Dr.
Birmingham, Alabama 35209

9590 9402 7858 2234 9235 88

7022 3330 0001 7916 0628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent
☐ Addressee

B. Received by (Printed Name): Lindsay Porter
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt