

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mobile Fleet Specialists of
Birmingham, Inc.
c/o Remco Josef Hoytink
798 Provence Drive
Vestavia Hills, AL  35242

9590 9402 7858 2234 9232 36

2. Article Number *(Transfer from service label)*

7022 3330 0001 7916 0710

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

MAY - 7 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    27130-0081    Domestic Return Receipt