FILED
2025 May-19  AM 08:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MESA UNDERWRITERS SPECIALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 2:25-cv-00659-MHH |
| | ) | |
| **MAR PROPERTIES, LLC;** | ) | |
| **MOBILE FLEET SPECIALISTS OF** | ) | |
| **BIRMINGHAM; AND CAMEO** | ) | |
| **WESTMORELAND**, individually; as | ) | |
| Administrator of the Estate of **JOSHUA T.** | ) | |
| **WESTMORELAND**, Et. Al., | ) | |

## NOTICE OF APPEARANCE

Comes now, W. RYAN MYERS, of Belt, Bruner & Barnett, P.C., and enters his appearance as attorney of record for the Defendant, Cameo Westmoreland. This appearance is in addition to all prior noted counsel for said Plaintiff.

All future correspondence, pleadings, notices and/or inquiries should be directed to their attention at the address and telephone number listed below.

Respectfully submitted,

*/s/W. RYAN MYERS*
**KEITH T. BELT, JR. (ASB-6843-T79K)**
Attorneys for Plaintiff

OF COUNSEL:
**BELT, BRUNER & BARNETT, P.C.**
880 Montclair Road, Suite 300
Birmingham, AL 35213

Phone:  (205) 933-1500
Fax:      (205) 933-5500
E-Mail: keithb@beltlawfirm.com
          ryanm@beltlawfirm.com


**CERTIFICATE OF SERVICE**

I do hereby certify that on <u>May 19, 2025</u>, I electronically filed the foregoing with the Clerk of the Court, using the PACER/ECM system which will send notification of such filing to the following registered persons and that those persons not registered with the PACER/ECM system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

**MESA UNDERWRITERS SPECIALTY INS. CO.**
Kenneth W. Boyles, Jr., Esq.
Maggie Arellano, Esq.
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, AL 35203
P.:      205-716-5200
F.:      205-716-5389
E.:      Kenneth.Boyles@phelps.com
E.:      Maggie.Arellano@phelps.com

/s/Keith T. Belt, Jr.
OF COUNSEL

2