FILED
2025 Jun-19  PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:25-cv-00659-MHH ) |
| MAR PROPERTIES, LLC; MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.; and CAMEO NICOLE WESTMORELAND, individually and as ADMINISTRATOR of the ESTATE of JOSHUA T. WESTMORELAND, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Mobile Fleet Specialists of Birmingham, Inc. and, pursuant to Fed. R. Civ. P. 7.1(a)(1), states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ James E. Murrill, Jr.
Robert R. Riley, Jr. (ASB-0909-168A)
James E. Murrill, Jr. (ASB-4329-A57M)

OF COUNSEL:
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, Alabama 35209
(205) 879-5000 *telephone*
(205) 879-5901 *facsimile*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Pacer system, which sends notification of such filing to the following counsel of record in this cause:

Kenneth W. Boyles, Jr.
Maggie Arellano
PHELPS DUNBAR, LLP
2001 Park Place North, Ste. 700
Suite 1000
Birmingham, AL 35203
kenneth.boyles@phelps.com
maggie.arellano@phelps.com

A. Joe Peddy
Ethan R Dettling
SMITH SPIRES PEDDY HAMILTON & COLEMAN PC
3500 Colonnade Parkway
Suite 350
Birmingham, AL 35243
attorneys@ssp-law.com
Ethan@ssp-law.com

Keith T Belt, Jr.
William Ryan Myers
BELT, BRUNER & BARNETT PC
880 Montclair Road
Suite 300
Birmingham, AL 35213
keithb@beltlawfirm.com
ryanm@beltlawfirm.com

*/s/ James E. Murrill, Jr.*
OF COUNSEL