FILED
2025 Jun-27  AM 08:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | ) ) ) | |
| | ) | **Civil Action No.:** |
| **Plaintiff,** | ) | |
| | ) | **2:25-cv-00659-MHH** |
| **v.** | ) | |
| | ) | |
| **MAR PROPERTIES, LLC** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned, Anderson Blackmon, of Phelps Dunbar LLP, and hereby provides notice of his appearance as additional counsel of record for Plaintiff Mesa Underwriters Specialty Insurance Company in the above-styled action.  The undersigned requests that the Clerk of the Court and counsel for all parties serve him with copies of all future notices, pleadings, orders, etc., in this case.

Respectfully submitted this 26th day of June, 2025.

/s/ Anderson Blackmon
ANDERSON BLACKMON
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, Alabama 35203
Telephone:  (205) 716-5381
Facsimile:   (205) 716-5389
E-Mail:      anderson.blackmon@phelps.com

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date I caused a true and accurate copy of the above and foregoing **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of Court for the United States District Court of the Northern District of Alabama using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Anderson Blackmon*
*OF COUNSEL*

2