FILED

2025 Jul-01  AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 2:25-cv-00659-MHH |
| | ) | |
| **MAR PROPERTIES, LLC;** | ) | |
| **MOBILE FLEET SPECIALISTS OF** | ) | |
| **BIRMINGHAM; AND CAMEO** | ) | |
| **WESTMORELAND**, individually; as | ) | |
| Administrator of the Estate of **JOSHUA T.** | ) | |
| **WESTMORELAND**, Et. Al., | ) | |
| | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now the Defendant, Cameo Westmoreland, Individually, and as Administrator of the Estate of Joshua T. Westmoreland, and files her Corporate Disclosure Pursuant to Rule 7.1, Fed.R.Civ.P.

_____X_____        This party is an individual.


Respectfully submitted,

/s/Keith T. Belt, Jr.
_____
**KEITH T. BELT, JR. (ASB-6843-T79K)**
**W. RYAN MYERS (ASB-1040-A16P)**
Attorneys for Defendant Westmoreland

OF COUNSEL:

**BELT, BRUNER & BARNETT, P.C.**
880 Montclair Road, Suite 300
Birmingham, AL 35213
Phone:  (205) 933-1500
Fax:     (205) 933-5500
E-Mail: keithb@beltlawfirm.com
        ryanm@beltlawfirm.com


## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on <u>July 1 , 2025</u>, I electronically filed the foregoing with the Clerk of the Court, using the PACER/ECM system which will send notification of such filing to the following registered persons and that those persons not registered with the PACER/ECM system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

**<u>MESA UNDERWRITERS SPECIALTY INS. CO.</u>**
Kenneth W. Boyles, Jr., Esq.
Maggie Arellano, Esq.
Anderson Blackmon, Esq.
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, AL 35203
P.:     205-716-5200
F.:     205-716-5389
E.:     Kenneth.Boyles@phelps.com
E.:     Maggie.Arellano@phelps.com
E.:     Anderson.blackmon@phelps.com

**<u>MAR PROPERTIES, LLC</u>**
Joe Peddy, Esq.
Ethan R. Dettling, Esq.
SMITH, SPIRE, PEDDY, HAMILTON & COLEMAN, P.C.
3500 Colonnade Parkway, Suite 350
Birmingham, AL 35243
E.:     ajp@ssp-law.com
        crivers@ssp-law.com
        Ethan@ssp-law.com

**<u>MOBILE FLEET SPECIALISTS</u>**
Robert R. Riley, Jr., Esq.
James E. Murrill, Jr., Esq.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, Alabama 35209
E:      rob@rileyjacksonlaw.com
E.:      jay@rileyjacksonlaw.com

*/s/Keith T. Belt, Jr.*
OF COUNSEL

3