FILED

2026 Feb-03  PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO.:** **2:25-cv-00659-MHH** |
| **v.** | ) ) | |
| **MAR PROPERTIES, LLC, et al.,** | ) ) | |
| **Defendants.** | | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER
TO EXTEND DISCOVERY DEADLINES**

COME NOW the parties and jointly request that the Scheduling Order [Doc. 18] be amended to extend the discovery deadlines for the reasons discussed in the January 28, 2026 teleconference with the Court.  The parties jointly request the following portions of the Scheduling Order be amended as follows:

1.      **Expert Testimony:** The disclosure of expert witnesses—including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from a specially retained or employed expert—are due:

From plaintiff: **by February 6, 2026**.

From defendant: **by March 10, 2026**.

Rebuttal reports: **by April 3, 2026**.

2.    **Discovery Deadlines:** The parties must complete the depositions of all named parties by March 31, 2026. All fact and expert discovery must begin in time to be completed by May 15, 2026.

3.    **Summary Judgment Motions:** All summary judgment motions must be filed by June 12, 2026 and should be accompanied by a supporting brief.

Respectfully submitted,

/s/._____

Kenneth W. Boyles, Jr.
Maggie Arellano
PHELPS DUNBAR LLP
2025 3rd Avenue North, Suite 1000
Birmingham, AL 35203
Tel: (205) 716-5200
Fax: (205) 716-5389
kenneth.boyles@phelps.com
maggie.arellano@phelps.com

*Attorneys for Plaintiff, Mesa Underwriters Specialty Insurance Company*


/s/____

A. Joe Peddy
Ethan R. Dettling
SMITH SPIRED PEDDY HAMILTON & COLEMAN PC
2015 2nd Avenue North, Suite 200
Birmingham, AL 35203
Tel: (205) 251-5885
Fax: (205) 251-8642
attorneys@ssp-law.com
Ethan@ssp-law.com

*Attorneys for Defendant, MAR Properties, LLC*

/s/

Robert R. Riley, Jr.
James E. Murrill, Jr.
RILEY & JACKSON PC
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com
jay@rileyjacksonlaw.com

*Attorneys for Defendant, Mobile Fleet Specialists of Birmingham, Inc.*

/s/

Keith T. Belt, Jr.
William Ryan Myers
BELT & BRUNER PC
880 Montclair Road, Suite 300
Birmingham, AL 35213
Tel: (205) 933-1500
Fax: (205) 933-5500
keithb@beltlawfirm.com
ryanm@beltlawfirm.com

*Attorneys for Defendant, Cameo Nicole Westmoreland, individually and as Administrator of the Estate of Joshua T. Westmoreland.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on _____, a true and accurate copy of

the foregoing was electronically filed with the Clerk of Court for the United States

District Court of the Northern District of Alabama using the CM/ECF system, which

will send electronic notification of such filing to all counsel of record.

*/s*
**OF COUNSEL**