FILED

2026 Feb-09  AM 11:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **2:25-cv-00659-MHH** |
| **MAR PROPERTIES, LLC, MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC., and CAMEO NICOLE WESTMORELAND, Individually and as ADMINISTRATOR of the ESTATE OF JOSHUA T. WESTMORELAND,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, CLARENCE RIVERS, of the law firm of

**SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN** and hereby gives notice

of his appearance as counsel of record for the defendant, MAR Properties, LLC, in

the above-styled cause of action.

Respectfully submitted,


*s/Clarence Rivers, IV*
Clarence Rivers, IV
ASB-3506-R79C
crivers@ssp-law.com

**OF COUNSEL:**
**SMITH, SPIRES, PEDDY,**
**HAMILTON & COLEMAN, P.C.**
3500 Colonnade Parkway, Suite 350
Birmingham, Alabama 35243
(205) 251-5885

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 9th day of February, 2026:

Kenneth.boyles@phelps.com
Maggie.arellano@phelps.com
Anderson.blackmon@phelps.com
Kenneth W. Boyles, Jr.
Maggie Arellano
Anderson Blackmon
Phelps Dunbar, LLP
2025 3rd Avenue North, Suite 1000
Birmingham, AL 35203

keithb@beltlawfirm.com
ryanm@beltlawfirm.com
Keith T. Belt, Jr.
W. Ryan Myers
Belt, Bruner & Barnett, P.C.
880 Montclair Road, Suite 300
Birmingham, AL 35213

rob@rileyjacksonlaw.com
jay@rileyjacksonlaw.com
Robert R. Riley, Jr.
James E. Murrill, Jr.
Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209

*s/Clarence Rivers, IV*
OF COUNSEL