FILED
2026 Jul-17  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.; and CAMEO NICOLE WESTMORELAND, individually and as ADMINISTRATOR of the ESTATE of JOSHUA T. WESTMORELAND, )<br><br>Defendants. ) | Case No. 2:25-cv-00659-MHH |

**DEFENDANT MOBILE FLEET SPECIALISTS OF BIRMINGHAM'S
EVIDENTIARY SUBMISSION IN SUPPORT OF ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant Mobile Fleet Specialists of Birmingham, Inc. ("Mobile Fleet") and submits the following evidentiary materials in support of its Motion for Partial Summary Judgment:

1.     Exhibit 1 - Complaint in *Cameo Nicole Westmoreland, et al. v. Jon's Tree Service, LLC, et al.*

2.     Exhibit 2 - Amended Complaint in *Cameo Nicole Westmoreland, et al. v. Jon's Tree Service, LLC, et al.*

1

3.      Exhibit 3 - Reservation of Rights Letter.

4.      Exhibit 4 - Consolidated Complaint in *Cameo Nicole Westmoreland, et al. v. Jon's Tree Service, LLC, et al.*

5.      Exhibit 5 - Amended Consolidated Complaint in *Cameo Nicole Westmoreland, et al. v. Jon's Tree Service, LLC, et al.*

6.      Exhibit 6 - Mobile Fleet's Initial Disclosures.

7.      Exhibit 7 - Case Docket

8.      Exhibit 8 - Docket for *Cameo Nicole Westmoreland, et al. v. Jon's Tree Service, LLC, et al.*

Respectfully submitted,

*/s/ James E. Murrill, Jr.*
Robert R. Riley, Jr. (ASB-8310-Y75R)
James E. Murrill, Jr. (ASB-4329-A57M)

OF COUNSEL:
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, Alabama 35209
(205) 879-5000 *telephone*
(205) 879-5901 *facsimile*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the Pacer system, which sends notification of such filing to the following counsel of record in this cause:

Kenneth W. Boyles, Jr.
Maggie Arellano
PHELPS DUNBAR, LLP
2001 Park Place North, Ste. 700
Suite 1000
Birmingham, AL 35203
kenneth.boyles@phelps.com
maggie.arellano@phelps.com

Keith T Belt, Jr.
William Ryan Myers
BELT, BRUNER & BARNETT PC
880 Montclair Road
Suite 300
Birmingham, AL 35213
keithb@beltlawfirm.com
ryanm@beltlawfirm.com

*/s/ James E. Murrill, Jr.*
OF COUNSEL