FILED

2026 Jul-17  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:25-cv-00659-MHH ) |
| MAR PROPERTIES, LLC; MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.; and CAMEO NICOLE WESTMORELAND, individually and as ADMINISTRATOR of the ESTATE of JOSHUA T. WESTMORELAND, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.'S INITIAL DISCLOSURES

COMES NOW Defendant Mobile Fleet Specialists of Birmingham, Inc. ("Mobile Fleet") and makes the following Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

**1.  Individuals Likely to Have Discoverable Information.**

    a.  **Individuals with Mesa Underwriters Specialty Insurance Company ("MUSIC")**
c/o Kenneth W. Boyles, Jr.
Maggie Arellano
PHELPS DUNBAR, LLP
2001 Park Place North, Ste. 700
Suite 1000
Birmingham, AL 35203

Individuals with MUSIC will have knowledge about the events surrounding the insurance coverage issues in this case, including information about the subject policy and the subject insurance claim.

    b.  **Jeff Osborne, Mobile Fleet**
c/o James E. Murrill, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive

1

Birmingham, Alabama 35209

Mr. Osborne will have knowledge about Mobile Fleet and the events surrounding the insurance coverage issues in this case, including information about the subject policy and subject insurance claim.  He will also have information about communications with Greenhalgh Insurance Agency and/or Amwins Access Insurance Servies, LLC regarding insurance coverage matters.

    c. **Individuals with MAR Properties, LLC**
c/o A. Joe Peddy
Ethan R Dettling
SMITH SPIRES PEDDY HAMILTON & COLEMAN PC
3500 Colonnade Parkway
Suite 350
Birmingham, AL 35243

Individuals with MAR Properties may have knowledge about some of the events surrounding the insurance coverage issues in this case, potentially including information about the subject policy and subject insurance claim.

    d. **Cameo Nicole Westmoreland, individually and as Administrator of the Estate of Joshua T. Westmoreland**
c/o Keith T Belt, Jr.
William Ryan Myers
BELT, BRUNER & BARNETT PC
880 Montclair Road
Suite 300
Birmingham, AL 35213

Ms. Westmorland may have knowledge about the subject insurance claim.

    e. **Individuals with Greenhalgh Insurance Agency**
3148 Cahaba Heights Road
P.O. Box 43384
Birmingham, AL 35243

Individuals with Greenhalgh Insurance Agency will have knowledge about Mobile Fleet and the events surrounding the insurance coverage issues in this case, including information about the subject policy and subject insurance claim.  They will also have information about communications with Mobile Fleet, Amwins Access Insurance Servies, LLC and/or MUSIC regarding insurance coverage matters.

    f. **Individuals with Amwins Access Insurance Servies, LLC**
880 Montclair Road, Suite 500
Birmingham, AL 35213

2

Individuals with Amwins Access Insurance Servies, LLC will have knowledge about Mobile Fleet and the events surrounding the insurance coverage issues in this case, including information about the subject policy and subject insurance claim.  They will also have information about communications with Mobile Fleet, Greenhalgh Insurance Agency, and/or MUSIC regarding insurance coverage matters.

**2.    Documents Mobile Fleet May Use in Support of Its Defenses.**

Documents that Mobile Fleet may use in support of its defenses, that are currently in Mobile Fleet's possession, are produced herewith.  Those documents include communications to/from Greenhalgh Insurance Agency, Amwins Access Insurance Servies, LLC, and MUSIC related to the subject policy and subject insurance claim. Those documents also include the operative complaint in the personal injury lawsuit that is related to the subject insurance claim.

**3.    Computation of Damages**

Mobile Fleet does not claim any damages at this time.

**4.    Applicable Insurance Agreement**

Mobile Fleet does not have any insurance agreement applicable to this matter other than the subject policy.

Respectfully submitted,

*/s/ James E. Murrill, Jr.*
Robert R. Riley, Jr. (ASB-0909-168A)
James E. Murrill, Jr. (ASB-4329-A57M)

OF COUNSEL:
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, Alabama 35209
(205) 879-5000 *telephone*
(205) 879-5901 *facsimile*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, a copy of the foregoing was emailed to the following counsel of record in this cause:

Kenneth W. Boyles, Jr.
Maggie Arellano
PHELPS DUNBAR, LLP
2001 Park Place North, Ste. 700
Suite 1000
Birmingham, AL 35203
kenneth.boyles@phelps.com
maggie.arellano@phelps.com

A. Joe Peddy
Ethan R Dettling
SMITH SPIRES PEDDY HAMILTON & COLEMAN PC
3500 Colonnade Parkway
Suite 350
Birmingham, AL 35243
attorneys@ssp-law.com
Ethan@ssp-law.com

Keith T Belt, Jr.
William Ryan Myers
BELT, BRUNER & BARNETT PC
880 Montclair Road
Suite 300
Birmingham, AL 35213
keithb@beltlawfirm.com
ryanm@beltlawfirm.com


*/s/ James E. Murrill, Jr.*
OF COUNSEL

4