FILED

2026 Jul-17  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:25-cv-00659-MHH

| | |
|---|---|
| MESA Underwriters Specialty Insurance Company v. Mobile Fleet Specialists of Birmingham, Inc., et al | Date Filed: 04/29/2025 |
| | Jury Demand: None |
| Assigned to: Judge Madeline Hughes Haikala | Nature of Suit: 110 Insurance |
| Cause: 28:2201 Constitutionality of State Statute(s) | Jurisdiction: Diversity |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2025 | 1 | COMPLAINT against All Defendants, filed by MESA Underwriters Specialty Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(CLC) (Entered: 04/30/2025) |
| 04/30/2025 | | Filing Fee: Filing fee $ 405, receipt_number AALNDC-4851150. related document 1 COMPLAINT against All Defendants, filed by MESA Underwriters Specialty Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(CLC). (Boyles, Kenneth) ALND Receipt # B-17634 Modified on 5/1/2025 (CLC). (Entered: 04/30/2025) |
| 05/01/2025 | 2 | Summons Issued as to MAR Properties, LLC, Mobile Fleet Specialists of Birmingham, Inc., Cameo Nicole Westmoreland, returned to plaintiff for service. (CLC) (Entered: 05/01/2025) |
| 05/01/2025 | 3 | HAIKALA CHAMBERS INITIAL ORDER. Signed by Judge Madeline Hughes Haikala on 5/1/2025. (CLC) (Entered: 05/01/2025) |
| 05/07/2025 | 4 | ACKNOWLEDGEMENT OF SERVICE Executed Acknowledgement filed by MESA Underwriters Specialty Insurance Company., AFFIDAVIT of Service for Summons and Complaint served on Cameo Westmoreland on May 4, 2025, filed by MESA Underwriters Specialty Insurance Company. (Boyles, Kenneth) (Entered: 05/07/2025) |
| 05/13/2025 | 5 | ACKNOWLEDGEMENT OF SERVICE Executed *MAR Properties* Acknowledgement filed by MESA Underwriters Specialty Insurance Company. (Boyles, Kenneth) (Entered: 05/13/2025) |
| 05/13/2025 | 6 | ACKNOWLEDGEMENT OF SERVICE Executed *Mobile Fleet* Acknowledgement filed by MESA Underwriters Specialty Insurance Company. (Boyles, Kenneth) (Entered: 05/13/2025) |
| 05/13/2025 | 7 | ACKNOWLEDGEMENT OF SERVICE Executed *AMENDED Service on Mobile Fleet* Acknowledgement filed by MESA Underwriters Specialty Insurance Company. (Boyles, Kenneth) (Entered: 05/13/2025) |
| 05/19/2025 | 8 | ANSWER to 1 Complaint by Cameo Nicole Westmoreland.(Belt, Keith) (Entered: 05/19/2025) |
| 05/19/2025 | 9 | NOTICE of Appearance by William Ryan Myers on behalf of Cameo Nicole Westmoreland (Myers, William) (Entered: 05/19/2025) |
| 05/22/2025 | 10 | ANSWER to Complaint by MAR Properties, LLC.(Peddy, A) (Entered: 05/22/2025) |
| 05/22/2025 | 11 | NOTICE of Appearance by Ethan R Dettling on behalf of MAR Properties, LLC (Dettling, Ethan) (Entered: 05/22/2025) |

| 06/06/2025 | 12 | ANSWER to 1 Complaint by Mobile Fleet Specialists of Birmingham, Inc..(Murrill, James) (Entered: 06/06/2025) |
|---|---|---|
| 06/06/2025 | 13 | NOTICE of Appearance by Robert R Riley, Jr on behalf of Mobile Fleet Specialists of Birmingham, Inc. (Riley, Robert) (Entered: 06/06/2025) |
| 06/13/2025 | 14 | Corporate Disclosure Statement by MAR Properties, LLC. filed by MAR Properties, LLC (Peddy, A) (Entered: 06/13/2025) |
| 06/19/2025 | 15 | Corporate Disclosure Statement by Mobile Fleet Specialists of Birmingham, Inc.. filed by Mobile Fleet Specialists of Birmingham, Inc. (Murrill, James) (Entered: 06/19/2025) |
| 06/23/2025 | 16 | Corporate Disclosure Statement by MESA Underwriters Specialty Insurance Company. filed by MESA Underwriters Specialty Insurance Company (Boyles, Kenneth) (Entered: 06/23/2025) |
| 06/25/2025 | 17 | REPORT of Rule 26(f) Planning Meeting. (Boyles, Kenneth) (Entered: 06/25/2025) |
| 06/26/2025 | 18 | SCHEDULING ORDER: Certain time limits apply as set out in this order.Status Conference set for 3/16/2026 11:00 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Discovery due by 3/13/2026. Dispositive Motions due by 4/9/2026. Signed by Judge Madeline Hughes Haikala on 6/26/2025. (CLC) (Entered: 06/26/2025) |
| 06/27/2025 | 19 | NOTICE of Appearance by Anderson Michael Blackmon on behalf of MESA Underwriters Specialty Insurance Company (Blackmon, Anderson) (Entered: 06/27/2025) |
| 07/01/2025 | 20 | Corporate Disclosure Statement by Cameo Nicole Westmoreland. filed by Cameo Nicole Westmoreland (Belt, Keith) (Entered: 07/01/2025) |
| 01/27/2026 | 21 | TEXT ORDER: Defendant Mobile Fleet Specialists has requested a telephone conference to resolve a discovery dispute with MESA Underwriters. The Court sets this matter for a telephone conference on January 28, 2026 at 11:00 a.m. Mobile Fleet Specialists and MESA Underwriters shall please dial 205-931-0422 and enter access code 422505352 five minutes prior to the scheduled start time to participate in the call. Signed by Judge Madeline Hughes Haikala on 01/27/2026. (AKD) (Entered: 01/27/2026) |
| 01/28/2026 | | Minute Entry for proceedings held before Judge Madeline Hughes Haikala: Telephone Conference held on 1/28/2026. (Court Reporter Leah Turner.) (KWC, ) (Entered: 01/28/2026) |
| 02/03/2026 | 22 | Joint MOTION for Extension of Time to Complete Discovery by Mobile Fleet Specialists of Birmingham, Inc.. (Murrill, James) (Entered: 02/03/2026) |
| 02/03/2026 | 23 | Amended MOTION for Extension of Time to Complete Discovery *(Joint)* by Mobile Fleet Specialists of Birmingham, Inc.. (Murrill, James) (Entered: 02/03/2026) |
| 02/04/2026 | 24 | AMENDED SCHEDULING ORDER: Certain time limits apply as set out in this order. Status Conference set for 5/11/2026 11:00 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge Madeline Hughes Haikala. Discovery due by 5/15/2026. Dispositive Motions due by 6/12/2026. Signed by Judge Madeline Hughes Haikala on 2/4/2026. (CLC) (Entered: 02/04/2026) |
| 02/09/2026 | 25 | NOTICE of Appearance by Clarence Rivers, IV on behalf of MAR Properties, LLC (Rivers, Clarence) (Entered: 02/09/2026) |

| | | |
|---|---|---|
| 05/11/2026 | | Minute Entry for proceedings held before Judge Madeline Hughes Haikala: Status Conference held on 5/11/2026; scheduling order will be entered once the Court receives dispositive motions; dispositive motion deadlines extended until July; order to be entered. (Court Reporter Leah Turner.) (CLC) (Entered: 05/11/2026) |
| 05/11/2026 | 26 | STIPULATION of Dismissal *of Defendant MAR Properties, LLC* by MESA Underwriters Specialty Insurance Company. filed by MESA Underwriters Specialty Insurance Company (Boyles, Kenneth) (Entered: 05/11/2026) |
| 05/11/2026 | 27 | TEXT ORDER: Consistent with the conversation at the May 11, 2026 status conference, the dispositive motions deadline is extended to July 17, 2026. Signed by Judge Madeline Hughes Haikala on 05/11/2026. (CLG) (Entered: 05/11/2026) |
| 05/26/2026 | 28 | TEXT ORDER: MESA Underwriters Specialty Insurance Co. and defendant MAR Properties, LLC have filed a pro tanto Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 26 ). The Clerk of Court shall please TERM defendant MAR Properties, LLC. MESA's claims against Mobile Fleet Specialists of Birmingham, Inc. and Ms. Westmoreland will move forward. This case shall be re-styled as MESA Underwriters Specialty Insurance Co. v. Mobile Fleet Specialists of Birmingham, Inc., et al. The parties are directed to use this caption for all future filings. Signed by Judge Madeline Hughes Haikala on 05/26/2026. (CLG) (Entered: 05/26/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/17/2026 13:20:25 | | |
| **PACER Login:** | jemurrill3223 | **Client Code:** | mobilefleet |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-00659-MHH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |